UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
RAND PUBLISHING COMPANY INC.,

                      Plaintiff,

              -against-

VENTURETEK L.P., RICHARD ELKIN, ANTOINE
BERNHEIM, STACY BERNHEIM and GENSTAR
LTD.,

                      Defendants.
---------------------------------------x

07 Civ.    (    )

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Rand Publishing Company Inc. ("Rand") (a private non-governmental party) certifies that Rand is itself a privately-held company, and that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Date: __10/29/07__

_____
**Signature of Attorney**

**Attorney Bar Code: FC 1016**