AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

RAND PUBLISHING COMPANY INC.,

        Plaintiff,

    -against-

VENTURETEK L.P., RICHARD ELKIN,
ANTOINE BERNHEIM, STACY BERNHEIM
and GENSTAR LTD.,

        Defendants.

**APPEARANCE**

Case Number: 07 CIV 9596

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Rand Publishing Company Inc.

I certify that I am admitted to practice in this court.

| 10/30/2007 | *[signature]* |
|---|---|
| Date | Signature |

Frederick A. Brodie      FB 6429
Print Name      Bar Number

Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway
Address

| New York | New York | 10036-4039 |
|---|---|---|
| City | State | Zip Code |

(212) 858-1000      (212) 858-1500
Phone Number      Fax Number