UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RAND PUBLISHING COMPANY INC.,           :   07 Civ. 9596 (VM)
                                        :
                    Plaintiff,          :   STIPULATION
                                        :
            against                     :
                                        :   USDS SDNY
                                        :   DOCUMENT
VENTURETEK, L.P., RICHARD ELKIN,        :   ELECTRONICALLY FILED
ANTOINE BERNHEIN, STACY BERNHEIM and    :   DOC #: _____
GENSTAR, LTD.,                          :   DATE FILED: 11-19-07
                                        :
                    Defendants.         :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the respective attorneys for plaintiff Rand Publishing Company Inc., and defendants Venturetek, L.P., Richard Elkin, Antoine Bernheim, Stacy Bernheim and Genstar, Ltd. (collectively, the "Defendants"), that Defendants' time to answer, move or otherwise respond to the Complaint shall be extended to and including December 12, 2007.

IT IS FURTHER STIPULATED AND AGREED that Shapiro Forman Allen Sava & McPherson LLP agrees to accept service of the summons and complaint on behalf of defendant Stacy Bernheim, service of which is deemed completed as of the signing of this stipulation, and that all Defendants waive any objection with respect to service of the summons and complaint upon them.

Dated: New York, New York
       November 15, 2007

                                        COLLAZO CARLING & MISH LLP

                                        By: _____
                                            Francis Carling (FC-1016)
                                        747 Third Avenue
                                        New York, New York 10017-2803
                                        (212) 758-7600
                                        *Attorneys for Plaintiff*

MOSES & SINGER LLP

By: *[signature]*
Jay R. Fialkoff (JF-4992)
Ruth C. Haber (RH-0406)
405 Lexington Avenue
New York, New York 10174
(212) 554-7800
*Attorneys for Defendant Venturetek L.P.*

SHAPIRO FORMAN ALLEN SAVA & MCPHERSON LLP

By: *[signature]*
Michael I. Allen (MA-6692)
Joseph B. Crace, Jr. (JC-6557)
380 Madison Avenue
New York, New York 10017
212-972-4900
*Attorneys for Defendants Richard Elkin, Antoine Bernheim, Stacy Bernheim and Genstar, Ltd.*

SO ORDERED. *[date]*

*[signature]*
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE