# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

**APPEARANCE**

RAND PUBLISHING COMPANY INC.,

    Plaintiff,

-against-

VENTURETEK, L.P., RICHARD ELKIN, ANTOINE BERNHEIN, STACY BERNHEIM and GENSTAR, LTD.,

    Defendants.

Case Number: 07 CIV 9596 (VM)(RLE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant **VENTURETEK, L.P.**

I certify that I am admitted to practice in this court.

December 10, 2007
Date

Signature

RUTH C. HABER     RH-0406
Print Name     Bar Number

MOSES & SINGER LLP  405 Lexington Avenue
Address

New York     NY     10174
City     State     Zip Code

212-554-7800     212-554-7700
Phone Number     Fax Number