# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

RAND PUBLISHING COMPANY INC., 

      Plaintiff,

-against-

VENTURETEK, L.P., RICHARD ELKIN, ANTOINE BERNHEIN, STACY BERNHEIM and GENSTAR, LTD.,

      Defendants.

Case Number: 07 CIV 9596 (VM)(RLE)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant **VENTURETEK, L.P.**

I certify that I am admitted to practice in this court.

December 10, 2007
Date

Signature

JAY R. FIALKOFF      JF-4992
Print Name      Bar Number

MOSES & SINGER LLP  405 Lexington Avenue
Address

New York    NY    10174
City    State    Zip Code

212-554-7800      212-554-7700
Phone Number      Fax Number