Jay R. Fialkoff (JF-4992)
Ruth C. Haber (RH-0406)
MOSES & SINGER LLP
Attorneys for Defendant Venturetek, L.P.
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAND PUBLISHING COMPANY INC., <br><br> Plaintiff, <br><br> -against- <br><br> VENTURETEK, L.P., RICHARD ELKIN, ANTOINE BERNHEIM, STACY BERNHEIM and GENSTAR, LTD., <br><br> Defendants. | **NOTICE OF MOTION OF DEFENDANT VENTURETEK, L.P. <u>TO DISMISS THE COMPLAINT</u>** <br><br> 07 CIV 9596 (VM)(RLE) |

**PLEASE TAKE NOTICE** that defendant Venturetek, L.P., by its undersigned attorneys, will move before this Court, in the Courthouse located at 500 Pearl Street, Room 20B, New York, New York 10017, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3) and 17(b), dismissing Plaintiff's Complaint, and for such other and further relief as the Court may deem appropriate. This motion is based upon this Notice of Motion to Dismiss the Complaint, the supporting Memorandum of Law, the Declaration of Ruth C. Haber dated December 12, 2007 and the accompanying exhibits, all pleadings and papers on file in this

action, and upon such other matters as may be presented to the Court at the time of any hearing on the motion. Venturetek L.P also joins in the motion of Defendants Richard Elkin, Antoine Bernheim, Stacy Bernheim and Genstar, Ltd. for an order dismissing Plaintiff's Complaint.

Dated: New York, New York
       December 12, 2007

                               MOSES & SINGER LLP

                               By: __/s/ Ruth C. Haber_____
                                    Ruth C. Haber (RH-0406)
                               Jay R. Fialkoff (JF-4992)
                               Attorneys for Defendant Venturetek, L.P.
                               405 Lexington Avenue
                               New York, NY  10174
                               Telephone: (212) 554-7800
                               Facsimile:   (212) 554-7700

TO:    COLLAZO CARLING & MISH LLP
        747 Third Avenue
        New York, New York 10017-2803
        (212) 758-7600
        Attorneys for Plaintiff

        SHAPIRO FORMAN ALLEN SAVA & McPHERSON LLP
        380 Madison Avenue
        New York, New York 10017
        (212) 972-4900
        Attorneys for Defendants Richard Elkin, Antoine Bernheim,
        Stacy Bernheim and Genstar, Ltd.