UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAND PUBLISHING COMPANY INC.,<br><br>Plaintiff,<br><br>-against-<br><br>VENTURETEK, L.P., RICHARD ELKIN, ANTOINE BERNHEIM, STACY BERNHEIM and GENSTAR, LTD.,<br><br>Defendants. | **AFFIDAVIT OF SERVICE**<br>07 CIV 9596 (VM)(RLE) |

STATE OF NEW YORK   )
                    )
COUNTY OF NEW YORK  )

DIANE FERRETTE, being duly sworn, deposes and says:

1. That deponent is over the age of 18, is not a party to the action, and resides in the state of New York.

2. That on December 12, 2007, deponent served the within Notice of Motion to Dismiss of Defendant Venturetek, L.P., Declaration of Ruth C. Haber in Support of Motion to Dismiss of Defendant Venturetek, L.P. and Exhibits annexed thereto, and Memorandum of Law in Support of the Motion to Dismiss of Venturetek, L.P., upon the parties below listed by Federal Express by placing a true copy in an envelope addressed to the parties in an official depository maintained by the Federal Express in the City of New York:

COLLAZO CARLING & MISH LLP
747 Third Avenue
New York, New York 10017-2803

SHAPIRO FORMAN ALLEN SAVA & McPHERSON LLP
380 Madison Avenue
New York, New York 10017

                                            _____
                                            Diane Ferrette

Sworn to before me this 12th
day of December, 2007.

_____
Notary Public

RUTH C. HABER
Notary Public, State of New York
No. 31-4724468
Qualified in New York County
Commission Expires Jan. 31, 20//

660267v1  011400.0101