UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAND PUBLISHING CO., INC.,

                    Plaintiff,                      07 Civ. 9596 (VM)

      - against -

VENTURETEK, L.P., RICHARD ELKIN,              **NOTICE OF**
ANTOINE BERNHEIM, STACY BERNHEIM          **MOTION TO DISMISS**
and GENSTAR, LTD.,

                    Defendants.
-------------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior pleadings and proceedings herein, at the United States Courthouse, 500 Pearl Street, New York, New York, on such date as the Court shall deem appropriate, Defendants Antoine Bernheim, Stacy Bernheim, Richard Elkin, and Genstar, Ltd. ("Defendants") shall move to dismiss the Complaint filed in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint fails to state a claim upon which relief can be granted and for such other and further relief as the Court deems appropriate. Defendants will also join in the motion of Defendant Venturetek, L.P. to dismiss the Complaint for the reasons set forth therein.

Dated: New York, New York
December 12, 2007

          /s/ Michael I. Allen
Michael I. Allen (MA 6692)
Joseph B. Crace, Jr. (JC 6557)
SHAPIRO FORMAN ALLEN SAVA &
MCPHERSON LLP
380 Madison Avenue
New York, N.Y. 10017
(212) 972-4900

Attorneys for Defendants Antoine Bernheim,
Stacy Bernheim, Richard Elkin, and Genstar, Ltd.

To:

Francis Carling, Esq. (FC 1016)
COLLAZO CARLING & MISH LLP
747 Third Avenue
New York, New York 10017-2803
(212) 758-7600

Frederick A. Brodie (FB 6429)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000

Attorneys for Plaintiff Rand Publishing Co., Inc.

Jay R. Fialkoff (JF 4992)
Ruth C. Haber (RH 0406)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

Attorneys for Defendant Venturetek, L.P.