UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                        :

RAND PUBLISHING CO., INC.,               :

            Plaintiff,                       :           07 Civ. 9596 (VM)

          -against-                     :

                                        :           **RULE 7.1 STATEMENT**

VENTURETEK, L.P., RICHARD ELKIN,   :
ANTOINE BERNHEIM, STACY BERNHEIM,
and GENSTAR, LTD.,                       :

           Defendant.                    :
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Genstar, Ltd. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:    New York, New York
           December 12, 2007

                                    SHAPIRO FORMAN ALLEN
                                    SAVA & MCPHERSON LLP

                              By:   /s/ Michael I. Allen
                                Michael I. Allen (MA 6692)
                                Joseph B. Crace, Jr. (JC 6557)
                                380 Madison Avenue
                                New York, N.Y. 10017
                                (212) 972-4900
                                Attorneys for Defendants Antoine Bernheim,
                                Stacy Bernheim, Richard Elkin, and Genstar, Ltd.