AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Rand Publishing Co., Inc.,
        Plaintiff,

-against-

Venturetek, L.P., Richard Elkin,
Antoine Bernheim, Stacey Bernheim,
and Genstar, Ltd.,
        Defendants.

**APPEARANCE**

Case Number: 07-9596

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Antoine Bernheim, Stacey Bernheim, Richard Elkin and Genstar, Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/14/2007 | *[signature]* |
| Date | Signature |
| Shapiro Forman Allen Sava & McPherson, LLP | Michael I. Allen — MA 6692 |
| | Print Name — Bar Number |
| | 380 Madison Avenue |
| | Address |
| | New York, NY 10017 |
| | City — State — Zip Code |
| | (212) 972-4900    (212) 557-1275 |
| | Phone Number — Fax Number |