AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Rand Publishing Co., Inc.,
   Plaintiff,

-against-

Venturetek, L.P., Richard Elkin,
Antoine Bernheim, Stacey Bernheim,
and Genstar, Ltd.,
   Defendants.

**APPEARANCE**

Case Number: 07-9596

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Antoine Bernheim, Stacey Bernheim, Richard Elkin and Genstar, Ltd.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/14/2007 | _[signature]_ |
| Date | Signature |

Shapiro Forman Allen Sava
& McPherson, LLP

Joseph B. Crace, Jr.   JC 6557
Print Name   Bar Number

380 Madison Avenue
Address

New York  NY  10017
City  State  Zip Code

(212) 972-4900  (212) 557-1275
Phone Number  Fax Number