Jay R. Fialkoff (JF-4992)
Ruth C. Haber (RH-0406)
MOSES & SINGER LLP
Attorneys for Defendant Venturetek, L.P.
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAND PUBLISHING COMPANY INC.,

Plaintiff,

-against-

VENTURETEK, L.P., RICHARD ELKIN,
ANTOINE BERNHEIM, STACY BERNHEIM
and GENSTAR, LTD.,

Defendants.

**NOTICE OF MOTION OF
DEFENDANT VENTURETEK, L.P.
TO DISMISS THE COMPLAINT**

07 CIV 9596 (VM)(RLE)

**PLEASE TAKE NOTICE** that defendant Venturetek, L.P., by its undersigned

attorneys, will move before this Court, in the Courthouse located at 500 Pearl Street, Room 20B,

New York, New York 10017, for an order, pursuant to Federal Rules of Civil Procedure

12(b)(1), 12(b)(3) and 17(b), dismissing Plaintiff's Complaint, and for such other and further

relief as the Court may deem appropriate. This motion is based upon this Notice of Motion to

Dismiss the Complaint, the supporting Memorandum of Law, the Declaration of Ruth C. Haber

dated December 12, 2007 and the accompanying exhibits, all pleadings and papers on file in this

658886v1  011400.0101

action, and upon such other matters as may be presented to the Court at the time of any hearing

on the motion.  Venturetek L.P also joins in the motion of Defendants Richard Elkin, Antoine

Bernheim, Stacy Bernheim and Genstar, Ltd. for an order dismissing Plaintiff's Complaint.

Dated:  New York, New York
       December 12, 2007

                      MOSES & SINGER LLP

                      By: __/s/ Ruth C. Haber_____
                           Ruth C. Haber (RH-0406)
                      Jay R. Fialkoff (JF-4992)
                      Attorneys for Defendant Venturetek, L.P.
                      405 Lexington Avenue
                      New York, NY  10174
                      Telephone: (212) 554-7800
                      Facsimile:   (212) 554-7700

TO:   COLLAZO CARLING & MISH LLP
       747 Third Avenue
       New York, New York 10017-2803
       (212) 758-7600
       Attorneys for Plaintiff

       SHAPIRO FORMAN ALLEN SAVA & McPHERSON LLP
       380 Madison Avenue
       New York, New York 10017
       (212) 972-4900
       Attorneys for Defendants Richard Elkin, Antoine Bernheim,
       Stacy Bernheim and Genstar, Ltd.

A status conference herein is scheduled for 12-21-07 at 10:30 a.m. to address the matter described above by defendant Venturetek, L.P., in particula, the alleged lack of subject matter jurisdiction and improper venue questions.

SO ORDERED.

12-13-07
DATE

VICTOR MARRERO, U.S.D.J.