UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAND PUBLISHING COMPANY INC., <br><br> Plaintiff, <br><br> -against- <br><br> VENTURETEK, L.P., RICHARD ELKIN, ANTOINE BERNHEIM, STACY BERNHEIM and GENSTAR, LTD., <br><br> Defendants. | **AFFIDAVIT OF SERVICE** <br> 07 CIV 9596 (VM)(RLE) |

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   )

DIANE FERRETTE, being duly sworn, deposes and says:

1. That deponent is over the age of 18, is not a party to the action, and resides in the state of New York.

2. That on January 28, 2008, deponent served the within Answer of Defendant Venturetek, L.P. to the Amended Complaint upon the parties below listed by Federal Express by placing a true copy in an envelope addressed to the parties in an official depository maintained by the Federal Express in the City of New York:

COLLAZO CARLING & MISH LLP
747 Third Avenue
New York, New York 10017-2803

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 0036

SHAPIRO FORMAN ALLEN SAVA & McPHERSON LLP
380 Madison Avenue
New York, New York 10017

_____
Diane Ferrette

Sworn to before me this 28th
day of January, 2008.

_____
Notary Public

DON K. KICK
Notary Public, State of New York
No. 01KI6098644
Qualified in Nassau County
Commission Expires Sept. 15, 2011

668801v1  011400.0101