UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
RAND PUBLISHING CO., INC.,                                   :
:
        Plaintiff                                  :   07 Civ. 9596 (VM)
:
     -against-                                            :
:
VENTURETEK, L.P., RICHARD ELKIN,                             :
ANTOINE BERNHEIM, STACY BERNHEIM,                            :
and GENSTAR, LTD.,                                           :
:
        Defendants.                                :
-------------------------------------------------------------x

## DEFENDANTS' DEMAND FOR A JURY TRIAL

     Pursuant to Federal Rule of Civil Procedure 38(b), Defendants Antoine Bernheim, Stacy Bernheim, Richard Elkin and Genstar, Ltd. demand a trial by jury of all issues triable of right by a jury in the above-captioned action.

Dated: February 8, 2008
      New York, New York

                                         SHAPIRO FORMAN ALLEN
                                         & SAVA LLP

                                         By:   /s/ Michael I. Allen
                                               Michael I. Allen (MA 6692)
                                               Joseph B. Crace, Jr. (JC 6557)

                                         380 Madison Avenue
                                         New York, New York 10017
                                         Tel: (212) 972-4900
                                         Fax: (212) 557-1275
                                         *Attorneys for Defendants Antoine*
                                         *Bernheim, Stacy Bernheim, Richard Elkin*
                                         *and Genstar, Ltd.*