UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAND PUBLISHING COMPANY INC.,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>VENTURETEK, L.P., RICHARD ELKIN, ANTOINE BERNHEIM, STACY BERNHEIM and GENSTAR, LTD.,<br><br>　　　　　　Defendants. | DEMAND FOR A TRIAL BY JURY<br><br>07 CIV 9596 (VM)(RLE) |

　　　　Defendant Venturetek, L.P. hereby demands a trial by jury for all issues triable by right, pursuant to Fed. R. Civ. P. 38(b).

Dated:  New York, New York
　　　　February 8, 2008

　　　　　　　　　　　　　　　　　MOSES & SINGER LLP

　　　　　　　　　　　　　　　　　By:　__/s/ Ruth C. Haber_____
　　　　　　　　　　　　　　　　　　　 Ruth C. Haber (RH-0406)
　　　　　　　　　　　　　　　　　Jay R. Fialkoff (JF-4992)
　　　　　　　　　　　　　　　　　Attorneys for Defendant Venturetek, L.P.
　　　　　　　　　　　　　　　　　405 Lexington Avenue
　　　　　　　　　　　　　　　　　New York, NY  10174
　　　　　　　　　　　　　　　　　Telephone: (212) 554-7800
　　　　　　　　　　　　　　　　　Facsimile:　(212) 554-7700


TO:　COLLAZO CARLING & MISH LLP
　　　747 Third Avenue
　　　New York, New York 10017-2803
　　　(212) 758-7600
　　　Attorneys for Plaintiff

　　　PILLSBURY WINTHROP SHAW PITTMAN LLP
　　　1540 Broadway
　　　New York, New York 0036
　　　Attorneys for Plaintiff

671600v1  011400.0101

SHAPIRO FORMAN ALLEN & SAVA LLP
380 Madison Avenue
New York, New York 10017
(212) 972-4900
Attorneys for Defendants Richard Elkin, Antoine Bernheim,
Stacy Bernheim and Genstar, Ltd.