UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAND PUBLISHING COMPANY INC., <br><br> Plaintiff, <br><br> -against- <br><br> VENTURETEK, L.P., RICHARD ELKIN, ANTOINE BERNHEIM, STACY BERNHEIM and GENSTAR, LTD., <br><br> Defendants. | **AFFIDAVIT OF SERVICE** <br> 07 CIV 9596 (VM)(RLE) |

STATE OF NEW YORK   )
                    )
COUNTY OF NEW YORK  )

DIANE FERRETTE, being duly sworn, deposes and says:

1. That deponent is over the age of 18, is not a party to the action, and resides in the state of New York.

2. That on February 8, 2008, deponent served the within Demand for a Jury Trial upon the parties below listed by Federal Express by placing a true copy in an envelope addressed to the parties in an official depository maintained by the Federal Express in the City of New York:

COLLAZO CARLING & MISH LLP
747 Third Avenue
New York, New York 10017-2803

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 0036

SHAPIRO FORMAN ALLEN & SAVA LLP
380 Madison Avenue
New York, New York 10017

_____
Diane Ferrette

Sworn to before me this 8th
day of February, 2008.

_____
Notary Public

DON K. KICK
Notary Public, State of New York
No. 01KI6098644
Qualified in Nassau County
Commission Expires Sept. 15, 2011

671603v1  01