MARKER 15

Francis Carling
Collazo Carling & Mish LLP
747 Third Avenue
New York, NY 10017-2803
(212) 758-7600

Frederick A. Brodie
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
(212) 858-1000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

RAND PUBLISHING COMPANY INC.,

07 Civ. 9596 (VM)(RLE)

Plaintiff,

-against-

VENTURETEK L.P., RICHARD ELKIN, ANTOINE
BERNHEIM, STACY BERNHEIM and GENSTAR
LTD.,

Defendants.

------------------------------------ x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-08

## STIPULATION DISCONTINUING ACTION

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned

attorneys for the parties, that the above entitled action be, and the same hereby is, discontinued

with prejudice and without costs or attorneys' fees to any party as against any other party. This

stipulation may be filed with the Clerk of the Court without further notice.

11

500219312v4

Dated: New York, New York
April 9, 2008

Francis Carling (FC 1016)
747 Third Avenue, 25th Floor
New York, NY 10017
(212) 758-7754)

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: Frederick A. Brodie (FB 6429)

1540 Broadway
New York, NY 10036-4039
(212) 858-1000
E-fax: (917) 464-6487

*Attorneys for Plaintiff*

MOSES & SINGER LLP

By: Jay R. Fialkoff (JF-4992)
Ruth C. Haber (RH-0406)
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
Fax: (212) 554-7800

*Attorneys for Venturetek L.P.*

SHAPIRO FORMAN ALLEN & SAVA LLP

By: Michael I. Allen (MA-6692)

380 Madison Avenue
New York, NY 10017
(212) 972-4900

*Attorneys for Antoine Bernheim, Stacy Bernheim,
Richard Elkin, and Genstar Ltd.*

SO ORDERED: The Clerk of Court is directed to withdraw any pending motions in this action and to close this case

4-9-08
DATE    VICTOR MARRERO, U.S.D.J.

SO ORDERED:

U.S.D.J.

500219312v4

12